| | | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St., Suite 1-400<br>San Antonio, Texas 78207 | **ANNETTE**<br>**FRENCH**<br>CHIEF DEPUTY |

January 12, 2026

Kevin Michael York
3731 S. Glenstone Ave., Box 205
Springfield, MO 65804

RE: Case #5:25-CV-01888-OLG

    Your Complaint was filed in our office on 12/22/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                                      Sincerely,

                                      By____dg_____
                                        Deputy Clerk